Curtis **CARLTON**, Plaintiff—Appellant,

and

Vivian **Hernandez**, Plaintiff,

v.

**CITY OF FRESNO; et al.,**
Defendants—Appellees.

No. 04–16057.

D.C. No. CV–01–05469–LJO.

United States Court of Appeals,
Ninth Circuit.

582

Submitted March 23, 2005.*

Decided April 4, 2005.

Curtis Carlton, Fresno, CA, pro se.

Benjamin L. Ratliff, Esq., Weakley & Ratliff, Arendt & McGuire, LLP, Hilda C. Montoy, Esq., Fresno City Attorney's Office, Fresno, CA, for Defendants–Appellees.

Before B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

## MEMORANDUM ***

Curtis Carlton appeals pro se the district court's summary judgment for defendant Lee Rabner in his 42 U.S.C. § 1983 action alleging that his constitutional rights were violated when he was detained and questioned at the Fresno Yosemite International Airport. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Lovell v. Chandler*, 303 F.3d 1039, 1052 (9th Cir.2002), and we affirm.

The district court properly granted summary judgment for defendant Lee Rabner because Carlton failed to establish a genuine issue of material fact as to whether he was illegally searched illegally during the airport security screening process, unreasonably detained, or arrested without probable cause. *See Torbet v. United Airlines, Inc.*, 298 F.3d 1087, 1089 (9th Cir. 2002) (persons entering the secured concourse area of an airport implicitly consent to airport screening searches); *Barry v. Fowler*, 902 F.2d 770, 773 (9th Cir.1990) (arrests and detentions based on probable cause do not provide a ground for recovery under 42 U.S.C. § 1983). Thus, Carlton failed to show that he was deprived of any federal constitutional or statutory rights. *See id.* at 773 (the critical inquiry in a section 1983 action is "whether the plaintiff

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

has been deprived of a right secured by the Constitution and laws").

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.